# Christopher v. Carlisle.

APPEAL from Etowah Chancery Court.

Heard before the Hon. S. K. McSPADDEN.

DORTCH & MARTIN, for appellant.

AMOS E. GOODHUE, *contra*.

The bill in this case was filed by the appellee against

the appellant, and sought to have a vendor's lien enforced for the unpaid purchase money of land. There was a decree rendered, granting the relief prayed for. Decree affirmed.

Opinion by McCLELLAN, J.

BRICKELL, C. J. not sitting.